No. 73–161. DeCAMP v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–173. BOARD OF DIRECTORS ET AL., FORBES FEDERAL CREDIT UNION, CHARTER No. 11258, FORBES AIR FORCE BASE, TOPEKA, KANSAS v. NATIONAL CREDIT UNION ADMINISTRATION. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–184. KILLEBREW v. SECURITY BARGE LINE, INC. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–306. SECURITIES AND EXCHANGE COMMISSION v. BANGOR PUNTA CORP. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5058. BEASLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5082. GONZALEZ v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5098. GILLON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5104. LUPINO v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5147. DOTA v. UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.